IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMARCUS FENNELL**, *et al.* | : | **CIVIL ACTION** |
| v. | : | **NO. 19-111** |
| **WARDEN DAVID PENCHISHEN**, *et al.* | : | |

## ORDER

**AND NOW**, this 30th day of April 2019, following our January 14, 2019 Order dismissing all claims other than an Equal Protection claim (ECF Doc. No. 6), Defendants' Motion to dismiss the remaining Equal Protection claim (ECF Doc. No. 62), Plaintiff Tyrell Vosper's Response (ECF Doc. No. 65), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion to dismiss (ECF Doc. No. 62) is **GRANTED without prejudice** for one or more of the five Plaintiffs to join in an amended complaint filed on or before **May 30, 2019**, consistent with the accompanying Memorandum.

_____
**KEARNEY, J.**